UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

The Lyons Companies, LLC,                                   Case No.: 24-30684-jal

    Debtor.

**MOTION FOR ADMISSION *PRO HAC VICE***

    Comes now Paul G. Jennings, Applicant herein, and moves this Court to grant my admission to the United States Bankruptcy Court for the Western District of Kentucky *pro hac vice* to represent Simmons Bank in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Bass, Berry & Sims PLC

    with offices at

    | | |
    |---|---|
    | Mailing address: | 150 Third Ave. S., Suite 2800 |
    | City, State, Zip Code: | Nashville, TN 37201 |
    | Telephone: | 615-742-6267 |
    | E-Mail: | pjennings@bassberry.com |

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

    | U.S. Court/State: | Admission Date: | Bar No.: |
    |---|---|---|
    | Eastern District of Tennessee | 4/24/2008 | |
    | Middle District of Tennessee | 11/13/1990 | |
    | Western District of Tennessee | 12/1/1993 | |
    | Fifth Circuit Court of Appeals | 8/31/2022 | |
    | Sixth Circuit Court of Appeals | 5/5/1997 | |
    | State of Tennessee | 10/30/1990 | 14367 |

3. Applicant HAS NOT [X] been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS [ ] been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

   _____
   _____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through [ ] the Kentucky Bar Association CLE course **OR** [ ] on-line tutorial authorized class room training **OR** [X] other method Please explain:
   CM/ECF training conducted by the clerk of the U.S. Bankruptcy Court for the Middle
   District of Tennessee
   _____

6. Applicant tenders with this Motion the following:

   [X] The required *pro hac vice* motion fee of $150.00
   (See receipt no. 300007408 attached hereto)

Wherefore, Applicant prays that this Court enter an order permitting the admission of Paul G. Jennings to the United States Bankruptcy Court for the Western District of Kentucky *pro hac vice* for this case only.

_____
Paul G. Jennings
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6267
pjennings@bassberry.com

If filed by an attorney other than the applicant, please complete the section below:

_____
Gene L. Humphreys
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-7757
ghumphreys@bassberry.com

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

Generated: Mar 28, 2024 3:09PM

Page 1/1

# U.S. District Court

## Kentucky Western - Louisville

Receipt Date: Mar 28, 2024 3:09PM

LeAnn Lewis
150 3rd Ave South
Ste 2800
Nashville, TN 37201

| Rcpt. No: 300007408 | | Trans. Date: Mar 28, 2024 3:09PM | | | Cashier ID: #TT |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DKYW324LB000001 /001<br>CLERK U S DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $150.00 |
| | | Total Due Prior to Payment: | $150.00 |
| | | Total Tendered: | $150.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments:** Bankruptcy PHV for Paul Jennings

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

The Lyons Companies, LLC,            Case No.: 24-30684-jal

    Debtor.

### ORDER FOR ADMISSION *PRO HAC VICE*

    The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Paul G. Jennings, is permitted to argue or try this case in whole or in part as counsel for Simmons Bank.

    Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.

    By:_____
    Hon. Joan A. Lloyd
    United States Bankruptcy Judge
    Dated: _____

Prepared by:

Gene L. Humphreys
Bass, Berry & Sims PLC
150 Third Avenue S., Suite 2800
Nashville, TN 37201
(615) 742-7757
ghumphreys@bassberry.com

*Counsel for Simmons Bank*