# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>The Lyons Companies, LLC<br><br>Debtor(s) | Case No.:24−30684−jal<br><br>Chapter: 11<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Sell Substantially All of the Debtor's Assets Free and Clear of Liens and Approve Bidding Procedures Fee Amount $199. Filed by Debtor The Lyons Companies, LLC. Objections due by 05/17/2024. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Proposed Order) (Irving, James)Modified on 4/29/2024 (CB).

Dated: 4/29/24

| | |
|---|---|
| By:<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |