**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| The Lyon Companies, LLC,[1] | ) | Case No. 24-30684 |
|  | ) |  |
| Debtor. | ) | Honorable Joan A. Lloyd |
|  | ) |  |
|  | ) |  |

**EXPEDITED MOTION AND REQUEST TO SET A HEARING ON
MOTION OF THE DEBTOR AND DEBTOR-IN-POSSESSION FOR
ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES;
(II) APPROVING THE TRANSACTION ULTIMATELY SELECTED
AS THE HIGHEST AND BEST ALTERNATIVE THROUGH THE BIDDING
PROCESS, INCLUDING A POSSIBLE SALE OF ASSETS FREE AND CLEAR OF
LIENS, CLAIMS AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

The above-captioned debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, hereby moves (the "Motion") for a hearing on the *Motion of the Debtor and Debtor-in-Possession for Entry of an Order (I) Approving Bidding Procedures; (II) Approving the Transaction Ultimately Selected as the Highest and Best Alternative Through the Bidding Process, Including a Possible Sale of Assets Free and Clear of Liens, Claims and Encumbrances; and (III Granting Related Relief* [Docket No. 88] (the "Bid Procedures Motion"),[2] setting a hearing for May 14, 2024 at 11:00 a.m. (Eastern) at the U.S. Bankruptcy Courthouse, Courtroom #1, 5th Floor (7th Street Elevators), 601 W. Broadway, Louisville, KY 40202. In support of the Motion, the Debtor respectfully represents as follows:

---

[1] The Debtors in this chapter 11 case is (with the last four digits of its federal tax identification number in parentheses): The Lyon Companies, LLC (0115). The Debtor's principal address is 11401 Electron Drive, Louisville, Kentucky 40299.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Bid Procedures Motion.

23793695.v2

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.      On March 15, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Western District of Kentucky (the "Bankruptcy Court"). As a result, the Debtor commenced the current chapter 11 case (the "Chapter 11 Case").

3.      The Debtor is continuing to manage and operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On April 3, 2024, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee") in the Chapter 11 Case. [Docket No. 61.] No trustee or examiner has been appointed in the Chapter 11 Case.

5.      On April 23, 2024, the Bankruptcy Court convened a hearing regarding the *Final Order Authorizing the Use of Cash Collateral and Providing Adequate Protection*. [Docket No. 69.] During the hearing, the Debtor's counsel informed the Bankruptcy Court they would be filing the Bid Procedures Motion soon.  As discussed at the hearing, the Debtor, Simmons Bank, and the Committee were all under the impression the Bid Procedures Motion would be heard on May 14, 2024 along with a continued hearing on the *First Day Motion of the Debtor and Debtor in Possession for Order Authorizing (I) Debtor to Pay Certain Prepetition Critical Vendor Claims and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [Docket No. 17] (the "Critical Vendors Motion"). As such, all the deadlines provided in the Bid Procedures are closely set following the currently scheduled May 14, 2024 hearing.

2

23793695.v2

6.      On April 26, 2024, the Debtor filed the Bid Procedures Motion. The following deadlines are included within the Bid Procedures Motion:

| **Bid Procedures** | **Deadline** |
|---|---|
| Stalking Horse Proposal | May 24, 2024 |
| Final Bid | June 20, 2024 at 5:00 p.m. (Eastern) |
| Auction | June 24, 2024 at 10:00 a.m. (Eastern) |
| Transaction Hearing | June 26, 2024 at 10:00 a.m. (Eastern) |

7.      Thus, with the pending Bid Procedures Motion including a tight schedule regarding a possible sale or transaction of the Debtor, the Debtor respectfully requests the Court to grant its Motion.

<strong><u>ARGUMENT</u></strong>

8.      Section 105(a) of the Bankruptcy Code provides that a bankruptcy court may "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a). Under section 105(a) of the Bankruptcy Code, the Bankruptcy Court has expansive equitable power to fashion any order or decree that is in the interest of preserving or protecting the value of a debtor's assets, as long as the "powers conferred under § 105" are "exercised within the confines of the Bankruptcy Code." Disch v. Rasmussen, 417 F.3d 769, 777 (7th Cir. 2005) (internal citation omitted).  Likewise, section 105(d) of the Bankruptcy Code provides that a bankruptcy court may also enter any order not otherwise inconsistent with the Bankruptcy Code "prescribing such limitations and conditions as the court deems appropriate to ensure that the case is handled expeditiously and economically." 11 U.S.C. § 105(d).

23793695.v2

9.      Bankruptcy Rule 9006(d) provides that "[a] written motion, other than one which may be heard ex parte, and notice of any hearing shall be served not later than seven days before the time specified for such hearing, ***unless a different period is fixed by these rules or by order of court***." FED R. BANKR. P. 9006(d) (emphasis added). The Local Rules of the United States Bankruptcy Court for the Western District of Kentucky contemplate expedited hearings on shortened notice as well

10.     The Debtor respectfully requests a hearing on the Bid Procedures Motion be set for May 14, 2024 at 11:00 a.m. (Eastern). The Debtor, the Committee and Simmons Bank are expecting a tightly scheduled sale or transaction process and are ready to continue forward with the quickly approaching deadlines proposed in the Bid Procedures Motion.

WHEREFORE, the Debtor respectfully requests that the Court grant the Motion and enter an order: (i) setting a hearing on the Bid Procedures Motion for May 14, 2024 at 11:00 a.m. (Eastern) at the U.S. Bankruptcy Courthouse, Courtroom #1, 5th Floor (7th Street Elevators), 601 W. Broadway, Louisville, KY 40202; and (ii) granting such other and further relief as is just and proper.

Dated: May 7, 2024                                Respectfully submitted,

                                                 */s/ Ashley A. Brown*
                                                 April A. Wimberg
                                                 James R. Irving
                                                 Ashley A. Brown
                                                 DENTONS BINGHAM GREENEBAUM LLP
                                                 3500 PNC Tower
                                                 101 South Fifth Street
                                                 Louisville, Kentucky 40202
                                                 Telephone:    (502) 587-3719
                                                 Email: april.wimberg@dentons.com
                                                         james.irving@dentons.com
                                                         ashley.brown@dentons.com

                                                 *Counsel for the Debtor*

4

23793695.v2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 7, 2024, a copy of the foregoing was filed electronically and that a copy was served upon registered ECF participants electronically through the Court's CM/ECF filing system.

/s/ Ashley A. Brown
Ashley A. Brown

*Counsel for the Debtor*

23793695.v2