**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **The Lyons Companies, LLC,** | ) | **Case No. 24-30684-jal** |
| | ) | |
| **Debtor.** | ) | **Honorable Joan A. Lloyd** |
| | ) | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Whittington Home Improvement, LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

> For appeals in a bankruptcy case and not in an adversary proceeding.
> ☐ Debtor
> X Creditor
> ☐ Trustee
> ☐ Other (describe)

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   Order Granting Motion of the Debtor and Debtor-in-Possession for Entry of an Order Approving Settlement Agreement and Release with Simmons Bank Under Bankruptcy Rule 9019 [DN 224]
   And
   Order Granting Motion of the Debtor and Debtor-in Possession to Convert Bankruptcy Case to a Proceeding under Chapter 7 of the Bankruptcy Code [DN 229]

2. State the date on which the judgment—or the appealable order or decree—was entered:
   September 4, 2024
   September 11, 2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party: The Lyon Companies, LLC
    Attorney:    James R. Irving, Esq., 3500 National City Tower, 101 S. 5th Street, Louisville, KY 40202; phone (502)587-3606

2.  Party: Simmons Bank
    Attorney: Gene L. Humphreys, Esq., 150 Third Avenue South, Suite 2800, Nashville, Tn; phone (615) 742-7757; and
    Attorney: Paul G. Jennings, Esq., Bass Berry & Sims, 150 Third Ave. S., Suite 2800, Nashville, TN (615) 742-6267

_____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Date:   October 9, 2024

Respectfully Submitted,

/s/ Wm. Stephen Reisz
Wm Stephen Reisz
Tilford, Dobbins & Schmidt, PLLC
401 W. Main St., Ste 1400
Louisville, KY 40202
Telephone:(502)584-1000
E-mail: SReisz@TilfordLaw.com
Counsel for Whittington Home Improvement, LLC

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was on October 9, 2024 mailed electronically through the US Bankruptcy Court's ECF system at the electronic addresses set forth in the ECF system to all other parties receiving electronic notifications in this case.

/s/ Wm. Stephen Reisz
Wm. Stephen Reisz