# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| The Lyon Companies, LLC, | ) Case No. 24-30684 |
|  | ) |
| Debtor. | ) Honorable Joan A. Lloyd |
|  | ) |

**ORDER GRANTING
MOTION OF THE DEBTOR AND DEBTOR-IN-POSSESSION
FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT
AND RELEASE WITH SIMMONS BANK UNDER BANKRUPTCY RULE 9019**

This matter coming before the Court on the *Motion of the Debtor and Debtor-in-Possession for Entry of an Order Approving Settlement Agreement and Release with Simmons Bank under Bankruptcy Rule 9019* (the "Motion"),[1] filed by the Debtor for entry of an order approving the Settlement Agreement. The Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, the estate and its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED.

2. The Debtor is authorized to enter into the Settlement Agreement and effectuate the terms of the agreement described therein.

3. For the avoidance of doubt, nothing in this Order or the Settlement Agreement

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion.

24010715.v4

contains or approves a non-consensual third-party release. Nothing herein waives the right of Whittington Home Improvement LLC to pursue direct claims and causes of action it may have against the Debtor or otherwise, but instead this Order solely approves the resolution of the claims and causes of action described in the Settlement Agreement.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: September 4, 2024

Tendered by:

*/s/ James R. Irving*
April A. Wimberg
James R. Irving
Ashley A. Brown
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3719
Email: april.wimberg@dentons.com
  james.irving@dentons.com
  ashley.brown@dentons.com

*Counsel to the Debtor*