# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| The Lyons Companies, LLC, | ) | Case No. 24-30684 |
|  | ) |  |
| Debtor. | ) | Honorable Joan A. Lloyd |
|  | ) |  |

## ORDER GRANTING MOTION OF THE DEBTOR
## AND DEBTOR-IN-POSSESSION TO CONVERT BANKRUPTCY CASE
## TO A PROCEEDING UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

This matter coming before the Court on the *Motion of the Debtor and Debtor-in-Possession to Convert Bankruptcy Case to a Proceeding Under Chapter 7 of the Bankruptcy Code* (the "Motion"),[1] filed by the Debtor; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, the estate and its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

    1.    The Motion is GRANTED.

    2.    Effective as of the date of the entry of this Order, the Bankruptcy Case shall be

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion.

24147462.v2

converted to a case under chapter 7 of the Bankruptcy Code.

3. The Debtor shall:

   a. within fourteen days of entry of this Order, file a schedule of unpaid debts incurred after the Petition Date and before the conversion date, which schedule shall include the name and address of each creditor holding any such debt, as required by Bankruptcy Rule 1019(5)(A); and

   b. within thirty days of entry of this Order, file and transmit a final report and account to the Office of the United States Trustee, as required by Bankruptcy Rule 1019(5)(A).

4. A representative of the Debtor shall appear at the first meeting of creditors after conversion of the Debtor's Bankruptcy Case to a proceeding under chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

5. To the extent professionals retained in the Bankruptcy Case have not already submitted final fee applications to the Court ("Final Fee Applications"), all such professionals shall submit Final Fee Applications by no later than thirty days after the date of conversion or be forever barred from receiving any such compensation.

6. Creditors holding postpetiton pre-conversion administrative expense claims must file a proof of claim in the chapter 7 case no later than thirty days after the entry date of this Order.

7. All orders entered by the Court in the Bankruptcy Case shall remain in full force and effect.

8. The Debtor is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

2

24147462.v2

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Tendered by:

/s/ April A. Wimberg
April A. Wimberg
James R. Irving
Ashley A. Brown
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3719
Email: april.wimberg@dentons.com
james.irving@dentons.com
ashley.brown@dentons.com

*Counsel to the Debtor*

Joan A. Lloyd
United States Bankruptcy Judge
Dated: September 11, 2024

3

24147462.v2